# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JARVIS SANDERS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-17-874-M |
| P.D. TAYLOR, Sheriff, Oklahoma County Detention Center; JACK HERRON, Jail Administration; OKLAHOMA COUNTY DETENTION CENTER, | ) |
| Defendants. | ) |

## ORDER

On October 13, 2017, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action seeking relief under 42 U.S.C. § 1983. The Magistrate Judge recommended that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b), without prejudice to refiling. Plaintiff was advised of his right to object to the Report and Recommendation by November 2, 2017. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 10] issued by the Magistrate Judge on October 13, 2017, and

(2) DISMISSES this action pursuant to Rule 41(b), without prejudice to refiling.

**IT IS SO ORDERED this 15th day of December, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE